**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 29, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00754-CV

---

**PANKAJ K. SHAH. MD ON BEHALF OF DR. ANKOMA-SEY, DR. HANY SAMIR, DR. TERRY SCARBOUROUGH, DR. THOMAS KEITH, DR. HATEM SAQR, DR. SAMMY KHOURY ET AL., Appellants**

**V.**

**ROBERT REMY, ABEER SAQER, I- CARE INTERNATIONAL, LLC, AND STEPHEN KOCH, Appellees**

---

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2016-20734**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed August 26, 2019. On October 11, 2019, the parties filed an agreed motion to dismiss the appeal without prejudice. *See*

Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.